

Michael Slocum
Tel 973.443.3509
Fax 973.301.8410
slocumm@gtlaw.com

April 9, 2018

**VIA ECF, EMAIL AND UPS OVERNIGHT**

Steven John Moser, Esq.
Moser Law Firm, P.C.
3 School Street, Suite 207B
Glen Cove, New York 11542
smoser@moseremploymentlaw.com

    Re:    Scott and Meynard et al. v. Whole Foods Market Group, Inc.
              E.D.N.Y. Docket No. 2:18-cv-86 (SJF) (AKT)

Dear Mr. Moser:

    This Firm represents Defendant Whole Foods Market Group, Inc. in this matter. Enclosed are a Notice of Motion to Dismiss Class Action Complaint and a supporting Memorandum of Law. Pursuant to Rule 4 of Judge Feuerstein's Individual Rules, only a copy of this letter is being electronically filed today. The motion papers will be bundled and filed upon completion of all briefing.

    Please contact me with any questions in this regard.

                                                              Sincerely,

                                                              Michael J. Slocum

MJS/sb
Encls.

cc:    Hon. Sandra J. Feuerstein, U.S.D.J. (via UPS, w/o encls.)
        Eric B. Sigda, Esq. (via email, w/ encls.)

AUS 536752962v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive ■ Suite 400 ■ Florham Park, NJ 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410