UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
Dwayne J. Scott and Derell J. Meynard,    :
individually and on behalf of all others similarly    :
situated,
                                                        :    2:18 Civ. 86 (SJF) (AKT)
                                 Plaintiffs,    :
                                                           :
                                 -against-    :
                                                           :
WHOLE FOODS MARKET GROUP, INC.,    :
                                                           :
                                 Defendant.    :
-------------------------------------------------------------- x

## NOTICE OF MOTION TO DISMISS CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE**, that on a date and time to be set by the Court, Defendant Whole Foods Market Group, Inc., ("Whole Foods" or "Defendant"), by its attorneys Greenberg Traurig, LLP, will move for an Order pursuant to Rule 12(b)(6) dismissing, in its entirety and with prejudice, the Class Action Complaint of Plaintiffs Dwayne J. Scott and Derell J. Meynard ("Plaintiffs").  In support of its motion, Whole Foods shall rely upon the Memorandum of Law served herewith.  Oral argument is respectfully requested in the event this motion is opposed.

Dated: New York, New York
        April 9, 2018

                                                Respectfully submitted,

                                                **GREENBERG TRAURIG, LLP**

                                                By:__*/s/ Michael J. Slocum*_____
                                                        Eric B. Sigda
                                                        Michael J. Slocum
                                                        200 Park Avenue

                                      MetLife Building
                                      New York, New York 10166
                                      (212) 801-9200
                                      sigdae@gtlaw.com
                                      slocumm@gtlaw.com
                                      *Attorneys for Defendant Whole Foods Market Group, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on this date I caused the foregoing Notice of Motion on behalf of Defendant Whole Foods Market Group, Inc., together with a supporting Memorandum of Law, to be served upon Plaintiffs via email and overnight delivery to Steven John Moser, Esq., Moser Law Firm, 3 School Street, Suite 207B, Glen Cove, New York 11542, smoser@moseremploymentlaw.com

Dated:  April 9, 2018                            */s/ Michael J. Slocum*
                                                                Michael J. Slocum