## CIVIL CAUSE FOR INITIAL TELEPHONE CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 10 2019 ★

DATE: April 10, 2019   TIME: 11:45 a.m.

LONG ISLAND OFFICE

CASE NUMBER:   2:18-cv-00086-SJF-AKT

CASE TITLE:   Scott et al v. Whole Foods Market Group, Inc.

PLTFFS ATTY:   Steven Moser
   X  present          ___ not present

DEFTS ATTY:   Christopher Pardo
   X  present          ___ not present

COURT REPORTER: N/A           COURTROOM DEPUTY: BMM
OTHER: _____

__X__  CASE CALLED.

____  ARGUMENT HEARD / CONT'D TO_____.

____  DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**   Discovery demands to be served by 4/17/2019. Defendant's motion for reconsideration to be served by 5/1/2019. Plaintiff's opposition to be served by 5/22/2019. Reply and fully briefed motion to be served and filed with the Court by 6/13/2019. A Status Conference is scheduled for 7/10/2019 at 11:15 a.m. before Judge Sandra J. Feuerstein in Courtroom 1010.