

HUNTON ANDREWS KURTH LLP
125 HIGH STREET
SUITE 533
BOSTON, MASSACHUSETTS 02110-0533

TEL   617 • 648 • 2800
FAX   617 • 433 • 5022

CHRISTOPHER M. PARDO
DIRECT DIAL: 617 • 648 • 2759
EMAIL: cpardo@HuntonAK.com

May 1, 2019

**VIA CM/ECF AND ELECTRONIC MAIL**

Steven John Moser, Esq.
Moser Law Firm, P.C.
3 School Street, Suite 207B
Glen Cove, New York 11542
smoser@moseremploymentlaw.com

      Re:    <u>Scott and Meynard et al. v. Whole Food Market Group, Inc.</u>
               E.D.N.Y. Docket No. 2:18-cv-86 (SJF) (AKT)

Dear Attorney Moser:

      This Firm represents Defendant Whole Foods Market Group, Inc. in this matter. Enclosed please find a Notice of Motion for Reconsideration and a supporting Memorandum of Law. Pursuant to Rule 4 of Judge Feuerstein's Individual Rules and the April 10, 2019 Order (Docket Entry 19), only a copy of this letter is being electronically filed today. The motion papers will be bundled and filed upon completion of all briefing per the schedule established by the Court.

      Please contact me directly with any questions in this regard.

                                      Sincerely,

                                      Christopher M. Pardo, Esq.

CMP/bt
Encls.

Cc:    Hon. Sandra J. Feuerstein, U.S.D.J. (via CM/ECF and U.S. First-Class Mail, w/o encls.)

**CERTIFICATE OF SERVICE**

      I, Christopher M. Pardo, counsel for Defendant Whole Foods Market Group, Inc., hereby certify that on May 1, 2019, the foregoing document was served by CM/ECF and electronic mail (per the agreement of the parties) upon counsel for Plaintiffs as follows:

Steven John Moser, Esq.
Moser Employment Law
3 School Street, Suite 207B
Glen Cove, NY 11542
*smoser@moseremploymentlaw.com*

                                                */s/ Christopher M. Pardo*
                                                Christopher M. Pardo