**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DWAYNE J. SCOTT AND DERELL J. MEYNARD, Individually and on behalf of all others similarly situated,<br><br>                 **Plaintiffs,**<br><br>       *-against-*<br><br>**WHOLE FOODS MARKET GROUP, INC.**<br><br>                **Defendant.** | NOTICE OF DEFENDANT WHOLE FOODS MARKET GROUP, INC.'S WITHDRAWAL OF ASSENTED LETTER MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>Case No. 2:18-cv-00086-SJF-SKT |

      **PLEASE TAKE NOTICE**, that Defendant Whole Foods Market Group, Inc. ("Defendant" or "Whole Foods"), by and through its attorneys, Hunton Andrews Kurth LLP, hereby respectfully withdraws its Assented Letter Motion for Extension of Time to Answer Complaint, filed with this Court on April 25, 2019 (the "Assented Motion"). (Docket Entry 22).

      Following the filing of the Assented Motion, the parties separately conferred and jointly agreed that Whole Foods would file its Answer and Affirmative Defenses to the Class Action Complaint by June 7, 2019. Whole Foods filed the aforementioned Answer and Affirmative Defenses to the Class Action Complaint in accordance with such agreement. (Docket Entry 24). Therefore, the Assented Motion is now moot, and Whole Foods withdraws the same.

***

Respectfully submitted,

DEFENDANT WHOLE FOODS MARKET GROUP, INC.

By: */s/ Christopher M. Pardo*
Christopher M. Pardo (NY Bar No. 562802; admitted pro hac vice)
 cpardo@HuntonAK.com
Anna L. Rothschild (pro hac vice forthcoming)
HUNTON ANDREWS KURTH LLP
 arothschild@HuntonAK.com
125 High Street, Suite 533
Boston, MA 02110
Tel: (617) 648-2759
Fax: (617) 433-5022

Dated: June 7, 2019

## CERTIFICATE OF SERVICE

I, Christopher M. Pardo, hereby certify that on June 7, 2019 a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF system served upon counsel of record through the same.

*/s/ Christopher M. Pardo*
Christopher M. Pardo