# Tab 1

# WHOLE FOODS

## Team Member Separation Form

*Please complete ALL sections below. Circle the reason for termination in section B and fully explain in section C. Attach any pertinent documentation (warning notes, resignation letters, etc.) then enter the form and file all documents at your location.*


ENTERED

### A. Team Member Information

TM Name (Print): Dwayne Scott    Team Member ID #: 1273857

Home Location (e.g. 10145/LMR): 10063 / MHS    Last Day Worked: 12/12/15 (mm/dd/yy)

Date Notified: __/__/__ (mm/dd/yy)    Notice Given? ☐ Yes -or- ☒ No

Hire Date: 10/15/12 (mm/dd/yy)    Hourly Rate: $12.13

Current Home Address: 139-03 Lakewood Ave Jamaica, NY 11435

Current Home Phone #: 917-780-7984

☐ Eligible -or- ☒ Ineligible for cause -or- ☐ Ineligible for major infraction

### B. Reason For Separation (Please check one reason only)

**Voluntary** (PeopleSoft Code – Description)
- ☒ JOB – Job Abandonment
- ☐ LSP – Leave Area/ Companion Transfer
- ☐ LVE – Failed to Return From LOA
  - ☐ TM is unable to return because of FMLA-protected reason
- ☐ OEC – To Accept Employment with Competitor
- ☐ OTP – To Accept Other Employment
- ☐ PER – Personal Reasons
- ☐ VWR – Voluntary Release
- ☐ RES – Voluntary Leaving/ Other Reason
- ☐ RET – To Attend School
- ☐ TYP – Dissatisfied With Job
- ☐ UTP – Unable to Perform Job
- ☐ VLR – Retirement

**Involuntary** (PeopleSoft Code – Description)
- ☐ CHS – Cash Handling Violation
- ☐ DEA – Death
- ☐ EVL – Failed Evaluation Period
- ☐ INS – Insubordination
- ☐ LAU – Leave of Absence Unavailable
- ☐ WPI – Work Performance
- ☐ APV – Time & Attendance Policy Violation
- ☐ NSC – No Show/ No Call _____
  (Last day of employment – for UI purposes)
- ☐ SWR – Separation with Release
- ☐ OMC – Other Misconduct
- ☐ PEL – Position Eliminated
- ☐ IEW – Ineligible to Work – I9
- ☐ RFL – Record Falsification
- ☐ RPV – Rule/Policy Violation
- ☐ SEA – Expired Seasonal Employment

### C. Explanation of Reason Checked Above (If involuntary, please provide reason or last incident.)

Dwayne was issued a final warning for attendance on 12/5/15. Since then he did not show up or callout for his shifts on 12/13 and 12/14. Dwayne has abandoned his job.

STL or FTL's Signature: _____    Date: _____

Team Member Signature: _____    Date: _____

Witness Signature (optional): [signature]    Date: 12-14-15

MS Word/Page 1 of 1    Rev. 12/1/11 TMS-CQN