# Tab 2

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAST_NAME | FIRST_NAME | EMPLID | BIRTHDATE | EFFDT | LOCATION | LOCATION_CD | JOBCODE | DESCR | EMPL_STATUS | ACTION | ACTION_DT | ACTION_REASON | LAST_HIRE_DT |
| 2 | SCOTT | DWAYNE | 1273857 | 90 | 23-Jun-14 | 10063 | MHS | S009 | Cashier's Assistant | A | PAY | 3-Jul-14 | JOB | 15-Oct-12 |
| 3 | SCOTT | DWAYNE | 1273857 | 90 | 14-Apr-14 | 10063 | MHS | S009 | Cashier's Assistant | A | PAY | 17-Apr-14 | ADJ | 15-Oct-12 |
| 4 | SCOTT | DWAYNE | 1273857 | 90 | 19-Jan-14 | 10063 | MHS | S009 | Cashier's Assistant | A | DTA | 21-Jan-14 | LVL | 15-Oct-12 |
| 5 | SCOTT | DWAYNE | 1273857 | 90 | 13-May-13 | 10063 | MHS | S009 | Cashier's Assistant | A | PAY | 17-May-13 | JOB | 15-Oct-12 |
| 6 | SCOTT | DWAYNE | 1273857 | 90 | 28-Apr-13 | 10063 | MHS | S009 | Cashier's Assistant | A | DTA | 30-Apr-13 | LVL | 15-Oct-12 |
| 7 | SCOTT | DWAYNE | 1273857 | 90 | 25-Jan-13 | 10063 | MHS | S009 | Cashier's Assistant | A | DTA | 24-Jan-13 | NEW | 15-Oct-12 |
| 8 | SCOTT | DWAYNE | 1273857 | 90 | 20-Jan-13 | 10063 | MHS | S009 | Cashier's Assistant | A | DTA | 22-Jan-13 | SRV | 15-Oct-12 |
| 9 | SCOTT | DWAYNE | 1273857 | 90 | 10-Dec-12 | 10063 | MHS | S009 | Cashier's Assistant | A | DTA | 18-Dec-12 | N/T | 15-Oct-12 |
| 10 | SCOTT | DWAYNE | 1273857 | 90 | 15-Oct-12 | 10063 | MHS | S009 | Cashier's Assistant | A | HIR | 17-Oct-12 | NEW | 15-Oct-12 |