# Tab 3

# WHOLE FOODS MARKET®

## Jericho Parking Agreement



C U S T O M E R    P A R K I N G

T E A M   M E M B E R    P A R K I N G

I have received the parking lot diagram which indicates the area where I am allowed to park.

I understand that parking in undesignated areas is forbidden and that failure to park in the designated area may result in a written warning and/or termination.

I am aware that our customer parking lot is routinely scanned for stagnant vehicles which are then towed at the owner's expense.

Name (please print): Delrell Meynard

Team Member Signature: Delrell Meynard

Date: 6-25-10



# Job/Personal Change Sheet

*Use this form to record a change in pay rate, team change, status or personal changes, such as address and phone number. Please complete only the applicable sections. Please fax this form to Central Payroll when complete.*

**Please Print Legibly**

Team Member Name **Derrell Meynard**    Team Member ID # **1186915**

Location (Store) **JER**

☐ **Pay Rate Change**    Effective Date ___/___/_____ *(Rates must be effective for the entire pay period)*

Retro pay period date ___/___/___ *(if current pay period, no retro date needed)*

Reason for Pay Rate Change:  ☐ Market Adjustment
  ☐ Job Dialogue    *** Date of Last Job Dialogue ___/___/___
  ☐ Promotion: New Job Code ___ ___ ___ ___ *(Is there a benefit category change related to PRSH?)*
  ☐ Job Reclassification: New Job Code ___ ___ ___ ___

Current Hourly Rate $_____    New Hourly Rate $_____

☐ Hourly/Non-Exempt?  -or-  ☐ Salary/Professional?

☐ **Team Change**    *(NOTE: For Team changes within location only! Use "Transfer Form" for transfers between locations.)*

Effective Date ___/___/_____ *(Must be effective for the entire pay period)*

Current Team _____    New Team _____    New Job Code ___ ___ ___ ___

☐ **Team Level Status Change(s)**    *(Please complete only the information that is changing.)*

☑ Team Member *(Be sure to check your GIG for all Team Member requirements and PRSH.)*
  Date of Team Member Vote **9 / 20 / 10**

☐ Full/Part Time Status *(Please Circle One. Please check with PBS for applicable PT/FT status.)*  PT / PT20 / FT / PTSN / FTSN
  Effective Date ___/___/___

☐ Please write in a new Job Code (a.) & circle a Benefit Category (PRSH) (b.) if applicable.
  a. Job code ___ ___ ___ ___ *(See Job Code Listing in PBS Manual.)*    Effective Date ___/___/___
  b. Benefit Category (Is this a promotion?): BC1 / BC2 / BC3 / BC4 / BC5   Effective Date ___/___/___

☐ **Personal Changes**    Effective Date ___/___/___

Team Member Name _____
Address _____ Apt. # _____ City _____
State _____ Zip _____ Home Phone # ( ) _____ - _____

Team Member Signature **[signed] Derrell Meynard**    Date **10-02-10**
Team Leader Signature **[signed]**    Date **10-02-10**
Additional Signature *(if required)* _____    Date _____

Job Personal Change Sheet/MS Word/Page 1 of 1    Rev. 12/21/06 TMS - TLC

*[ENTERED stamp]*




# Job/Personal Change Sheet

*Use this form to record a change in pay rate, team change, status or personal changes, such as address and phone number. Please complete only the applicable sections. Please fax this form to Central Payroll when complete.*

**Please Print Legibly**

Team Member Name __Darell Meynard__    Team Member ID # __1186915__

Location (Store) __JER__

☐ **Pay Rate Change**    Effective Date ___/___/___ *(Rates must be effective for the entire pay period)*

Retro pay period date ___/___/___ *(if current pay period, no retro date needed)*

Reason for Pay Rate Change: ☐ Market Adjustment
☐ Job Dialogue    *** Date of Last Job Dialogue ___/___/___
☐ Promotion: New Job Code ____ *(Is there a benefit category change related to PRSH?)*
☐ Job Reclassification: New Job Code ____

Current Hourly Rate $ _____    New Hourly Rate $ _____

☐ Hourly/Non-Exempt?  -or-  ☐ Salary/Professional?

☐ **Team Change**   *(NOTE: For Team changes within location only! Use "Transfer Form" for transfers between locations.)*

Effective Date ___/___/___ *(Must be effective for the entire pay period)*

Current Team _____ New Team _____ New Job Code ____

☒ **Team Level Status Change(s)**   *(Please complete only the information that is changing.)*

☐ Team Member *(Be sure to check your GIG for all Team Member requirements and PRSH.)*
Date of Team Member Vote ___/___/___

☒ Full/Part Time Status *(Please Circle One. Please check with PBS for applicable PT/FT status.)*  PT / PT20 / **(FT)** / PTSN / FTSN
Effective Date __12__/__20__/__10__

☐ Please write in a new Job Code (a.) & circle a Benefit Category (PRSH) (b.) if applicable.
 a. Job code ____ *(See Job Code Listing in PBS Manual.)*   Effective Date ___/___/___
 b. Benefit Category (Is this a promotion?): BC1 / BC2 / BC3 / BC4 / BC5   Effective Date ___/___/___

☐ **Personal Changes**    Effective Date ___/___/___

Team Member Name _____
Address _____ Apt. # ____ City _____
State _____ Zip _____ Home Phone # ( ___ ) _____-_____

Team Member Signature __Darell Meynard__   Date __12-22-10__
Team Leader Signature __Tomas Husn__   Date __12/22/10__
Additional Signature *(if required)* _____   Date _____

Job Personal Change Sheet/MS Word/Page 1 of 1                    Rev. 12/21/06 TMS - TLC

**Tomas Hassan (NE JER)**

| | |
|---|---|
| **From:** | Derell J. Meynard (NE JER) |
| **Sent:** | Sunday, July 08, 2012 9:20 AM |
| **To:** | Tomas Hassan (NE JER) |
| **Subject:** | Cut Veg and Peaches |

1. Good Morning Tomas before you rip me a new asshole I know and understand that you might be upset with me a little but it was honestly a mistake that I didn't order the Cut Vegs but I will keeping striving to be the best and try not to make this happen again!!!!

**Derell Meynard**
*Produce Buyer*
Whole Foods Market – Jericho
429 North Broadway
Jericho, NY 11753
516-932-1733

1

## Tomas Hassan (NE JER)

**From:** Tomas Hassan (NE JER)
**Sent:** Monday, August 13, 2012 1:41 PM
**To:** Tomas Hassan (NE JER)
**Cc:** Anderson James (NE JER)
**Subject:** Derell-Note to file.

Hello, this is a note to file that I spoke to Derell today about his buying. We ran out of a lot of items in our top 30 by mid day Sunday. CV cherries, OG grapes, OG raspberries, blackberries, blueberries, Avocadoes, The only item we had for the front of table 1 (@ 4 p.m.) was pluots. No produce for side tables. No corn for the end cap or outside. I reviewed the movement report from last week with him and showed him that he was out of close to half the items in our top 30. He has had numerous verbal warnings about his buying not being consistent. I asked him if he'd run a movement report lately and he told me no. His last write up I included that he must use the tools (smores, Store ops) he's been taught to use to buy accurately. He kept saying but" last weekend was better" – and that I told him his buying was all over the place and we had a lot of shrink b/c of it so he wanted to "save money this weekend" I've explained to him numerous times about buying for the weekend and how sales and purchase budgets work hand in hand. More sales more to spend. I warned him that if he continues to buy like this he'll be written up and asked to step down from his position. Today is Monday August 13th, 2012.

Tomas Hassan
Produce Team Leader
429 N. Broadway
Jericho, NY 11753
(516) 932-1733

1