# Tab 4

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAST_NAME | FIRST_NAME | EMPLID | BIRTHDATE | EFFDT | LOCATION | LOCATION | JOBCODE | DESCR | EMPL_STATUS | ACTION | ACTION_DT | ACTION_REASON | LAST_HIRE_DT |
| 2 | MEYNARD | DERELL | 1186915 | | 13-Jul-13 | 10161 | JER | S032 | Produce Service Team Member | T | TER | 24-Jul-13 | APV | 24-Jun-18 |
| 3 | MEYNARD | DERELL | 1186915 | | 27-May-13 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 5-Jun-13 | FP2 | 24-Jun-10 |
| 4 | MEYNARD | DERELL | 1186915 | | 27-May-13 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 5-Jun-13 | JCC | 24-Jun-10 |
| 5 | MEYNARD | DERELL | 1186915 | | 27-May-13 | 10161 | JER | S186 | *Produce Buyer/Specialist | A | PAY | 5-Jun-13 | REC | 24-Jun-10 |
| 6 | MEYNARD | DERELL | 1186915 | | 29-Jul-12 | 10161 | JER | S186 | *Produce Buyer/Specialist | A | DTA | 31-Jul-12 | LVL | 24-Jun-10 |
| 7 | MEYNARD | DERELL | 1186915 | | 18-Jun-12 | 10161 | JER | S186 | *Produce Buyer/Specialist | A | PAY | 22-Jun-12 | JOB | 24-Jun-10 |
| 8 | MEYNARD | DERELL | 1186915 | | 26-Mar-12 | 10161 | JER | S186 | *Produce Buyer/Specialist | A | RFL | 6-Apr-12 | RFP | 24-Jun-10 |
| 9 | MEYNARD | DERELL | 1186915 | | 20-Mar-12 | 10161 | JER | S186 | *Produce Buyer/Specialist | P | PLA | 6-Apr-12 | FML | 24-Jun-10 |
| 10 | MEYNARD | DERELL | 1186915 | | 26-Sep-11 | 10161 | JER | S186 | *Produce Buyer/Specialist | A | PAY | 6-Oct-11 | PRO | 24-Jun-10 |
| 11 | MEYNARD | DERELL | 1186915 | | 26-Sep-11 | 10161 | JER | S186 | *Produce Buyer/Specialist | A | DTA | 6-Oct-11 | JCC | 24-Jun-10 |
| 12 | MEYNARD | DERELL | 1186915 | | 15-Aug-11 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 19-Aug-11 | CNV | 24-Jun-10 |
| 13 | MEYNARD | DERELL | 1186915 | | 31-Jul-11 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 2-Aug-11 | LVL | 24-Jun-10 |
| 14 | MEYNARD | DERELL | 1186915 | | 28-Mar-11 | 10161 | JER | S032 | Produce Service Team Member | A | PAY | 5-Apr-11 | JOB | 24-Jun-10 |
| 15 | MEYNARD | DERELL | 1186915 | | 31-Dec-10 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 30-Dec-10 | NEW | 24-Jun-10 |
| 16 | MEYNARD | DERELL | 1186915 | | 20-Dec-10 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 29-Dec-10 | P/F | 24-Jun-10 |
| 17 | MEYNARD | DERELL | 1186915 | | 27-Sep-10 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 3-Oct-10 | N/T | 24-Jun-10 |
| 18 | MEYNARD | DERELL | 1186915 | | 26-Sep-10 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 28-Sep-10 | SRV | 24-Jun-10 |
| 19 | MEYNARD | DERELL | 1186915 | | 5-Jul-10 | 10161 | JER | S032 | Produce Service Team Member | A | DTA | 8-Jul-10 | TAM | 24-Jun-10 |
| 20 | MEYNARD | DERELL | 1186915 | | 24-Jun-10 | 10161 | JER | S032 | Produce Service Team Member | A | REH | 24-Jun-10 | REH | 24-Jun-10 |
| 21 | MEYNARD | DERELL | 1186915 | | 5-Mar-09 | 10063 | MHS | S032 | Produce Service Team Member | T | TER | 5-Mar-09 | APV | 9-Apr-08 |
| 22 | MEYNARD | DERELL | 1186915 | | 27-Oct-08 | 10063 | MHS | S032 | Produce Service Team Member | A | PAY | 4-Nov-08 | JOB | 9-Apr-08 |
| 23 | MEYNARD | DERELL | 1186915 | | 12-Oct-08 | 10063 | MHS | S032 | Produce Service Team Member | A | DTA | 14-Oct-08 | LVL | 9-Apr-08 |
| 24 | MEYNARD | DERELL | 1186915 | | 4-Aug-08 | 10063 | MHS | S032 | Produce Service Team Member | A | DTA | 13-Aug-08 | N/T | 9-Apr-08 |
| 25 | MEYNARD | DERELL | 1186915 | | 25-Jul-08 | 10063 | MHS | S032 | Produce Service Team Member | A | DTA | 24-Jul-08 | NEW | 9-Apr-08 |
| 26 | MEYNARD | DERELL | 1186915 | | 20-Jul-08 | 10063 | MHS | S032 | Produce Service Team Member | A | DTA | 22-Jul-08 | SRV | 9-Apr-08 |
| 27 | MEYNARD | DERELL | 1186915 | | 9-Apr-08 | 10063 | MHS | S032 | Produce Service Team Member | A | HIR | 9-Apr-08 | NEW | 9-Apr-08 |