# Tab 5



**NORTHEAST REGION TEAM MEMBER APPLICATION FOR EMPLOYMENT**

## THE BASICS

| Last Name | First Name | Middle Name/Initial | | |
|---|---|---|---|---|
| Meynard | Derell | | | |
| Street Address | | City | State | Zip |
| 103 31 135th street | | jamaica | NY | 11419 |
| Phone | Email | | | |
| 7186507745 | relg135@yahoo.com | | | |

| Have you ever worked for Whole Foods Market? | If Yes, list position, team, location, and dates employed: |
|---|---|
| ■ Yes ☐ No | team member, produce, manhasset  1/2008 to 2/2009 |

| Resigned voluntarily? | Terminated with cause? | If Yes to Terminated with cause, please explain: |
|---|---|---|
| ☐ Yes ■ No ☐ N/A | ■ Yes ☐ No ☐ N/A | Had trouble with vehicle but purchased a new one |

| Do you have any relatives currently working with us? | If Yes, state their name, position and location: |
|---|---|
| ☐ Yes ■ No | , , |

Are you legally eligible to work for Whole Foods Market without Whole Foods Market being required to participate in any form of immigration sponsorship?
■ Yes ☐ No

If you are under 18 years of age, can you provide proof of eligibility to work:
☐ Yes ☐ No ■ I am over 18

## PERSONAL BACKGROUND INFORMATION
Use the "Show More" or "Show Less" buttons as necessary.

Have you been convicted of a felony in the past 7 years which has not been pardoned or expunged from your record?
☐ Yes ■ No

If yes, list date, city, charge and disposition. (Conviction will not automatically disqualify you for consideration for employment.) Use the "Show More" or "Show Less" buttons as necessary.

| Date | City | Charge | Disposition |
|---|---|---|---|
| | | | |

Are you currently applying for a delivery driver's position?
☐ Yes ☐ No
If Yes, list all moving violations over the past 5 years.

| Date | City | Charge | Disposition |
|---|---|---|---|
| | | | |

## AVAILABILITY

Primary type of position you are seeking: ■ Full Time (30-40 hrs /wk) ☐ Part-Time (less than 30 hrs/wk)

Please click in the boxes of the days and general times you are available to work if you were offered a position at Whole Foods. Please note: Retail shifts vary. Chart *does not indicate actual schedules* as schedules may change to meet business needs.

| Available Days/Hours | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Early Morning | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No |
| Morning | ■ Yes ☐ No | ■ Yes ☐ No | ☐ Yes ■ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No |
| Afternoon | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No |
| Evening | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ☐ Yes ■ No | ■ Yes ☐ No |
| Night | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No |
| Overnight | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No | ■ Yes ☐ No |

| If you are considered for employment, how soon can you start work? | Desired Rate: |
|---|---|
| 3/30/2010 | $10.00/Hr. |

*131-68*

*2272*

## EDUCATION, CERTIFICATION AND TRAINING (Indicate Highest Level Completed)
Use the "Show More" or "Show Less" buttons as necessary, listing the most recently completed education.

| School/Institution | Name of school, city and state | Years completed? | Degree? | Type of course/major |
|---|---|---|---|---|
| | | | ☐ Yes<br>☐ No | |

| | | | |
|---|---|---|---|
| (Optional) Are you multi-lingual? | ☐ Yes<br>■ No | If yes, which languages do you speak? | |
| Did you serve in the U.S. Armed Forces? | ☐ Yes<br>■ No | If so, which branch? | |

Case 2:18-cv-00086-SJF-AKT   Document 29-5   Filed 06/28/19   Page 3 of 5 PageID #: 209

## RELEVANT WORK EXPERIENCE

You may include any verified work performed on a volunteer basis. List your present experience, beginning with your most recent position. Use the "Show More" or "Show Less" buttons as necessary.

| Are you currently employed? ☐ Yes ■ No  If No, please enter your most recent employment in this section and continue as needed below. | | | | May we contact your present employer?  ☐ Yes ☐ No ☐ NA | |
|---|---|---|---|---|---|
| Employer  **Wholefoods market** | | | | Start Date  **1/2008** | End Date (leave blank if current)  **2/2009** |
| Street Address | City | State | Zip | Starting Pay | Final Pay |
| Job Title | | | | Phone | |
| Responsibilities/Duties | | | | | |
| Supervisor Name/Title | Condition of Separation:  ☐ Voluntary ■ Involuntary  ☐ Currently Employed | | Reason for Leaving (if currently employed, enter "N/A")  **Car issues** | | |

## CONSENT

**Affidavit**

1. I understand that, if I am hired, I will be an "at will" employee, which means I am free to resign at any time and the Company reserves the right to terminate my employment at any time, with or without cause and with or without notice, regardless of the date of payment of my wages and salary. I further understand that no recruiter, employee, officer or agent of the Company has the authority to change, modify or cancel my status as an at-will employee. Neither this application, the offer letter, if any, the General Information Guidelines (GIG), nor any other documents given to me are to be construed as creating an express or implied contract between me and the Company.

2. I understand that my application for employment does not create a contract of employment for any specified term

3. I further understand that no personnel recruiter or interviewer or other representative of the Company has any authority to enter into any agreement of employment for any specified period of time unless such agreement is in writing and signed by the Company's designated representative.

4. I understand that if, in the judgment of the Company, I have made any false statements, omissions, concealments, any misrepresentations or I have failed to answer any questions fully and accurately or results of such investigation are not satisfactory, any offer made by the Company may be withdrawn or my employment with the Company may be terminated immediately, without any obligation to me other than for payment at the rate agreed upon for services rendered after I have been employed.

5. I agree to conform to the rules and regulations of the Company, and understand that, if I am hired, my employment and compensation can be terminated, without cause or notice, at any time, at the option of either the Company or myself.

6. I understand that any offer of employment that I receive from the Company is contingent upon my successful completion of the post-employment screening process, including, at the Company's discretion, satisfactory completion of any post-offer physicals that the Company may require and testing for illegal drug and/or alcohol use where required by statute or regulation for the specific position applied for.

7. Connecticut Applicants, please read

    Applicants are not required to disclose any arrest, criminal charge, or conviction that has been erased for one of the following reasons: (1) juvenile delinquency (crime committed under age 16): (2) crime was committed under the age of 16 while applicant was a member of a family with service needs: (3) youthful offender status (crime committed while age 16 or 17); (4) criminal charge dismissed or nolled (failure to prosecute): (5) applicant found not guilty: or (6) applicant received a complete pardon. Any applicant whose criminal records have been erased is deemed to have never been arrested and may swear so under oath.

8. I, [ **Derell Meynard** ], hereby authorize and request that all of my present and former employers (that I have indicated), and any individuals whom I have listed as personal and/or professional references on my application with Whole Foods Market, Inc. to furnish information and/or opinions to Whole Foods Market or its agents about my employment history, qualifications and records, including information or opinions as to the reason for the termination of my employment, work performance, abilities, education, and other qualities related to my qualifications for employment. I hereby release my present and former employers, and my references, and their agents and Whole Foods Market from any and all liability for any claims, charges, damages or alleged damages arising from, or related to, their provision of any such information or opinions, regardless of whether I agree with the accuracy of such information or opinions.

My acceptance below certifies that I have read, understand and agree with the above eight statements.

**DM** ___ My Initials

**Consumer Report**

I understand that a consumer report may be obtained in connection with reviewing me as a potential employee or retaining me as a current employee.

**DM** ___ My Initials