# Tab 6



# Job Change Form

*This form is for recording a change in job code, pay rate, team or department, and level or status. Please complete only the applicable sections. Please fax this form to Global Payroll when complete.*

Team Member Name (Print): Derell Meynard         Team Member ID # 1186915

Team Member's Home Location (e.g. 10145/LMR): 10161 LIVER

☒ **Job Code Change**    Effective Date 9/26/11    *(Must be effective for the entire pay period)*

  ☐ Write in a new Job Code and circle a Benefit Category (PRSH) if applicable.

  New Job Code S186    *(see job code listing in PBS Manual)*    Effective Date __/__/__

  Benefit Category *(is this a promotion?)* BC1 / BC2 / BC3 / BC4 / BC5    Effective Date __/__/__

☒ **Pay Rate Change**    Effective Date 9/26/11    *(Must be effective for the entire pay period)*

Reason for Change:
  ☐ Job Dialogue            ☐ Job Reclassification
  ☐ Market Adjustment       ☒ Promotion

Current Hourly Rate ($) 11.13    New Hourly Rate ($) 13.00
  ☒ Hourly/ Non-Exempt   -or-   ☐ Salary/ Professional?

☐ **Team and Department Change(s)**
  *(NOTE: For Team and Department changes within location only! Use "Transfer Form" for transfers between locations)*

Effective Date __/__/__  *(Must be effective for the entire pay period)*

Current Team _____    New Team _____

Current Department _____   New Department _____

☐ **Team Member Level and Status Change(s)**
  *(NOTE: Please complete only the information that is changing)*

  ☐ Team Member *(Be sure to check your GIG for all Team Member requirements and PRSH.)*
  Date of Team Member Vote __/__/__

  ☐ Full/Part time Status *(Please Circle One. Check with PBS for applicable PT/FT status)*
  PT / PT20 / FT / PTSN / FTSN  Effective Date __/__/__  *(Must be effective for the entire pay period)*

Team Member Signature: Derell Meynard        Date: 9-19-2011
Team Leader Signature: _____        Date: 9-19-2011
Additional Signature *(if required)*: _____   Date: _____

MS Word/Page 1 of 1                                    Rev. 8/1/11 TMS-CQN



# Job Change Form

*This form is for recording a change in job code, pay rate, team or department, and level or status. Please complete only the applicable sections. Please fax this form to Global Payroll when complete.*

Team Member Name (Print): DERELL MENARD    Team Member ID # 1186915

Team Member's Home Location *(e.g. 10145/ LMR)*: 10161 / JER

☒ **Job Code Change**    Effective Date 05/27/2013 *(Must be effective for the entire pay period)*

☐ Write in a new Job Code and circle a Benefit Category (PRSH) if applicable.

New Job Code 5032 *(see job code listing in PBS Manual)*    Effective Date 05/27/2013

Benefit Category *(is this a promotion?)* **BC1 / BC2 / BC3 / BC4 / BC5**    Effective Date ___/___/___

☒ **Pay Rate Change**   Effective Date ___/___/___ *(Must be effective for the entire pay period)*
Retro Pay Period date ___/___/___ *(if current pay period, no retro date needed)*

Reason for Change:
☐ Job Dialogue            ☒ Job Reclassification
☐ Market Adjustment    ☐ Promotion

Current Hourly Rate ($) 14.00    New Hourly Rate ($) 12.13
☐ Hourly/ Non-Exempt  -or-  ☐ Salary/ Professional?

☐ **Team and Department Change(s)**
*(NOTE: For Team and Department changes within location only! Use "Transfer Form" for transfers between locations)*

Effective Date ___/___/___ *(Must be effective for the entire pay period)*

Current Team _____ New Team _____

Current Department _____ New Department _____

☐ **Team Member Level and Status Change(s)**
*(NOTE: Please complete only the information that is changing)*

☐ Team Member *(Be sure to check your GIG for all Team Member requirements and PRSH.)*
Date of Team Member Vote ___/___/___

☒ Full/Part time Status *(Please Circle One. Check with PBS for applicable PT/FT status)*
PT (PT20)/ FT / PTSN / FTSN  Effective Date 05/29/2013 *(Must be effective for the entire pay period)*

Team Member Signature: _____    Date: 6-4-2013

Team Leader Signature: _____    Date: 5/2/13

Additional Signature *(if required)*: _____   Date: _____

MS Word/Page 1 of 1                                                           Rev. 8/1/11 TMS-CQN