# MOSER LAW FIRM, P.C.
## WORKERS' RIGHTS ATTORNEYS

STEVEN J. MOSER, ESQ.  
smoser@moseremploymentlaw.com

3 SCHOOL STREET, SUITE 207B  
GLEN COVE, NEW YORK 11542

TEL (516) 671.1150  
FAX (516) 882-5420

September 6, 2019

**VIA ECF**

Hon. A. Kathleen Tomlinson, U.S.M.J.  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

      Re:    *Scott, et al. v. Whole Foods Market Group, Inc.*  
              Case No. 18-cv-00086-SJF-AKT  
              Our File No. 17-FLSA-0007

Dear Judge Tomlinson:

This firm represents the Plaintiffs in the above captioned matter. We respectfully request a modification of the order dated September 4, 2019, ECF No. 31.

In the original letter motion to withdraw, we moved to be relieved as counsel of record for Dwayne J. Scott only.

Thus, we request that the order be modified to reflect that we are only withdrawing for Mr. Dwayne J. Scott. We also request that we be relieved from the obligation to personally serve Mr. Meynard, and that he be excused from attendance.

                                          Respectfully submitted,

                                          *Steven J. Moser*

                                          Steven J. Moser