

HUNTON ANDREWS KURTH LLP
125 HIGH STREET
SUITE 533
BOSTON, MASSACHUSETTS 02110-0533

TEL   617 • 648 • 2800
FAX   617 • 433 • 5022


CHRISTOPHER M. PARDO
DIRECT DIAL: 617 • 648 • 2759
EMAIL: cpardo@HuntonAK.com

September 9, 2019

**VIA CM/ECF AND ELECTRONIC MAIL**

Steven John Moser, Esq.
Moser Law Firm, P.C.
3 School Street, Suite 207B
Glen Cove, New York 11542
smoser@moseremploymentlaw.com

   Re: Scott and Meynard et al. v. Whole Food Market Group, Inc.
     E.D.N.Y. Docket No. 2:18-cv-86 (SJF) (AKT)

Dear Attorney Moser:

  As you are aware, our Firm represents Defendant Whole Foods Market Group, Inc. in this matter. Enclosed please find a Notice of Motion for Judgment on the Pleadings and a supporting Memorandum of Law. Pursuant to Rule 4 of Judge Feuerstein's Individual Rules the motion papers will be bundled and filed upon completion of all briefing, and only a copy of this letter is being electronically filed today.

  Please contact me directly with any questions in this regard.

            Sincerely,

            Christopher M. Pardo, Esq.

Enclosures

cc: Hon. Sandra J. Feuerstein, U.S.D.J. (via CM/ECF and U.S. First-Class Mail, w/o encls.)

## **CERTIFICATE OF SERVICE**

I, Christopher M. Pardo, counsel for Defendant Whole Foods Market Group, Inc., hereby certify that on September 9, 2019, the foregoing document was served by CM/ECF and electronic mail (per the agreement of the parties) upon counsel for Plaintiffs as follows:

Steven John Moser, Esq.
Moser Employment Law
3 School Street, Suite 207B
Glen Cove, NY 11542
*smoser@moseremploymentlaw.com*

*/s/ Christopher M. Pardo*
Christopher M. Pardo