

# MOSER LAW FIRM, P.C.

September 10, 2019

<u>VIA ECF</u>

Hon A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:   *Scott v. Whole Foods,* 18-cv-0086
      <u>Extension of time to Serve Dwayne Scott With Order to Show Cause</u>

Dear Judge Tomlinson:

    I represent the Plaintiffs in the above captioned matter.  I write to request an extension of time to serve Mr. Dwayne Scott personally with this Court's Order To Show Cause dated September 4, 2019.

    Mr. Scott is no longer residing at the last known address on file.  On September 5, 2019 we requested that our investigator, Terrier Claims Services, locate Mr. Scott.  Today I spoke with a representative of Terrier Claims and was informed that a report has been prepared and will be reviewed and furnished shortly.

    For this reason, I respectfully request leave to serve Mr. Scott at the address furnished by the investigator either personally or by substituted service on or before September 17, 2019.

    Respectfully submitted,

    *Steven John Moser*
    Steven John Moser
    smoser@moseremploymentlaw.com