UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE J. SCOTT and DERELL J. MEYNARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WHOLE FOODS MARKET GROUP, INC.<br><br>Defendant. | Case No.: 18-cv-00086-SJF-AKT<br><br>**AFFIDAVIT OF PERSONAL SERVICE** |

I, Stefania Quintero, being duly sworn, depose and say:

1. I am over 18 years of age and reside in Queens County New York.
2. On September 10, 2019 I personally served upon the Plaintiff Derell J. Meynard, at his place of employment, a true and accurate copy of this Court's order dated September 4, 2019, a copy of which is annexed hereto.
3. At the time of service Mr. Meynard signed an acknowledgment of service (see annexed order, at 2).

Dated:    Glen Cove, New York
          September 12, 2019

_____
Stefania Quintero

Sworn to before me this 12th Day of
September 2019

_____
NOTARY PUBLIC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DWAYNE J. SCOTT and DERELL J.
MEYNARD, individually and on behalf of all
others similarly situated,

                          Plaintiffs,

          - against -

WHOLE FOODS MARKET GROUP, INC.

                          Defendant.
-----------------------------------------------------------X

**ORDER**

CV 18-86 (SJF) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Moser Law Firm, P.C., counsel of record for Plaintiffs, Dwayne J. Scott and Derell J. Meynard, individually and on behalf of all others similarly situated, by Steven John Moser, moves to be relieved as counsel of record to the Plaintiffs in this action. Attorney Moser included some of the circumstances underlying the instant application in his motion. The Court has reviewed Attorney Moser's submission and it is hereby

      **ORDERED**, that <u>**DWAYNE J. SCOTT and DERELL J. MEYNARD APPEAR IN PERSON BEFORE THIS COURT, THE HON. A. KATHLEEN TOMLINSON PRESIDING, AT THE ALFONSE D'AMATO FEDERAL COURTHOUSE, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK IN COURTROOM 910 ON SEPTEMBER 25, 2019 AT 10:30 A.M., AND SHOW CAUSE WHY THE MOSER LAW FIRM, P.C., SHOULD NOT BE RELIEVED AS COUNSEL OF RECORD FOR DWAYNE J. SCOTT AND DERELL J. MEYNARD IN THIS ACTION**</u>; and it is further

      **ORDERED**, that Attorney Moser appear in person at the September 25, 2019 Show Cause Hearing; and it is further

**ORDERED**, that the Moser Law Firm, P.C., shall remain counsel of record for Dwayne J. Scott and Derell J. Meynard until the further Order of this Court; and it is further

**ORDERED**, that counsel for the Defendant may elect to attend or, alternatively, may be excused from the Order to Show Cause hearing provided counsel notify the Court in writing at least two days in advance that they wish to be excused; and it is further

**ORDERED**, that Attorney Moser shall serve his clients with a copy of this Order **personally** no later than September 10, 2019 as well as by first-class mail and shall file proof of such service promptly on ECF.

**SO ORDERED.**

Dated: Central Islip, New York
       September 4, 2019

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge

---

*Handwritten:*

I, DERELL J MEYNARD, WAS SERVED WITH A COPY OF THIS ORDER ON SEPT. 10, 2019. I WANT TO BE REPRESENTED BY STEVEN MOSER AND ASK TO BE EXCUSED FROM APPEARING ON SEPT. 25, 2019

x /s/ Derell Meynard

2