**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
DWAYNE J. SCOTT and DERELL J.
MEYNARD, individually and on behalf of all
others similarly situated,

                         Plaintiffs,                             **SHOW CAUSE**
                                                                                  **ORDER**
       - against -

                                                                                  CV 18-86 (SJF) (AKT)

WHOLE FOODS MARKET GROUP, INC.

                        Defendant.
----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       Moser Law Firm, P.C., counsel of record for Plaintiffs, Dwayne J. Scott and Derell J. Meynard, individually and on behalf of all others similarly situated, by Steven John Moser, moves to be relieved as counsel of record for the individual Plaintiff Dwayne J. Scott only in this action. Attorney Moser included some of the circumstances underlying the instant application in his motion. The Court has reviewed Attorney Moser's submission and it is hereby

       **ORDERED**, that <u>**DWAYNE J. SCOTT APPEAR IN PERSON BEFORE THIS COURT, THE HON. A. KATHLEEN TOMLINSON PRESIDING, AT THE ALFONSE D'AMATO FEDERAL COURTHOUSE, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK IN COURTROOM 910 ON OCTOBER 17, 2019 AT 11 A.M., AND SHOW CAUSE WHY THE MOSER LAW FIRM, P.C., SHOULD NOT BE RELIEVED AS COUNSEL OF RECORD FOR DWAYNE J. SCOTT IN THIS ACTION**</u>; and it is further

       **ORDERED**, that Attorney Moser appear in person at the October 17, 2019 Show Cause Hearing; and it is further

**ORDERED**, that the Moser Law Firm, P.C., shall remain counsel of record for Dwayne J. Scott and Derell J. Meynard until the further Order of this Court; and it is further

**ORDERED**, that counsel for the Defendant may elect to attend the hearing in person or by telephone provided counsel notifies the Court in writing at least two days in advance if he plans to attend by telephone

**ORDERED**, that Attorney Moser shall serve his clients with a copy of this Order **personally** no later than October 7, 2019 as well as by first-class mail and shall file proof of such service promptly on ECF.

                                              **SO ORDERED.**

Dated: Central Islip, New York
        September 18, 2019

                                      /s/ A. Kathleen Tomlinson
                                      A. KATHLEEN TOMLINSON
                                      United States Magistrate Judge