

# MOSER LAW FIRM, P.C.

Steven J. Moser, Esq.
Phone 516-671-1150 (Ext. 9)
Direct 631-759-4054
smoser@moseremploymentlaw.com

October 4, 2019

**VIA ECF**

Hon. A. Kathleen Tomlinson, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

RE:   *Scott et al v. Whole Foods Market Group, Inc.,* 18-cv-00086-SJF-AKT

Dear Judge Tomlinson:

      I represent the Plaintiffs in the above referenced matter.  Yesterday was able to speak with Mr. Scott via telephone.  He furnished his current address in Florida, and was advised of the pendency of the Order to Show Cause.  The order directs that he be personally served on or before October 7, 2019.  I respectfully request until October 10, 2019 to effectuate personal service on Mr. Scott.

      Respectfully submitted,

*Steven J. Moser*
Steven J. Moser