

**Steven J. Moser**
Direct/Text/Fax:  631.759.4054
smoser@moseremploymentlaw.com

April 29, 2020

**VIA ECF**

Hon. Sandra J. Feuerstein, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE:   *Scott v. Whole Foods Market Group, Inc.*, 18-cv-00086(SJF)(AKT)

Dear Judge Feuerstein:

I represent the Plaintiff Derell Meynard in the above captioned matter.  I write to request an adjournment of the status conference presently scheduled for May 6, 2020.

I am recently recovered from Covid-19 infection and family members with whom I reside were experiencing symptoms as recently as last week.  While I feel fully recovered, I have not had two consecutive negative test results as recommended by the NYS Department of Health before leaving my home.

In an abundance of caution, I am therefore requesting a brief adjournment of the conference and deadline to file the status report.

The Defendant consents to this request.

Respectfully submitted,

/s/
Steven J. Moser