# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JUDGE FEUERSTEIN

**FILED**
**CLERK**
6/16/2020 12:17 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DATE: June 16, 2020                              TIME: 30 min

CASE NUMBER:       2:18-cv-00086-SJF-AKT

CASE TITLE:        Scott et al v. Whole Foods Market Group, Inc.

PLTFFS ATTY:       Steven Moser
                     X   present               ____ not present

DEFTS ATTY:        Christopher Pardo
                     X   present               ____ not present

COURT REPORTER: N/A                              COURTROOM DEPUTY: BMM
OTHER: _____

 X    CASE CALLED.

____  ARGUMENT HEARD / CONT'D TO_____.

____  DECISION:  ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**  TELEPHONE STATUS CONFERENCE SET FOR  7/15/2020 at 10 AM before Judge Feuerstein.  At that time, the parties are to call Chambers' teleconferencing number, (877)336-1280, and follow the automated instructions; the access code is: 7215690.