# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

FILED
CLERK
7/15/2020 11:33 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

DATE: July 15, 2020        TIME: 30 min

CASE NUMBER:    2:18-cv-00086-SJF-AKT

CASE TITLE:    Scott et al v. Whole Foods Market Group, Inc.

PLTFFS ATTY:    Steven Moser
     X   present          ___ not present

DEFTS ATTY:    Christopher Pardo
     X   present          ___ not present

COURT REPORTER: N/A        COURTROOM DEPUTY: BMM
OTHER: _____

 X   CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO_____.

___ DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER  Parties appear via telephone. Motion to be served by 8/14/2020. Opposition to be served by 9/14/2020, Reply to be served and fully briefed motion to be filed with the Court by 9/24/2020. TELEPHONE STATUS CONFERENCE SET FOR 1/19/2021 at 11 AM before Judge Feuerstein. At that time, the parties are to call Chambers' teleconferencing number, (877)336-1280, and follow the automated instructions; the access code is: 7215690.