

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE, 52ND FLOOR
NEW YORK, NEW YORK 10166

TEL   212 • 309 •1000
FAX   212 •309 • 1100

CHRISTOPHER M. PARDO
DIRECT DIAL: 212 • 309 • 1195
EMAIL: cpardo@hunton.com

August 14, 2020

**Via CM/ECF AND ELECTRONIC MAIL**

Steven John Moser, Esq.
Moser Law Firm, P.C.
3 School Street, Suite 207B
Glen Cove, New York 11542
*smoser@moseremploymentlaw.com*

   Re: <u>Meynard et al. v. Whole Foods Market Group, Inc.</u>
      E.D.N.Y. Docket No. 2:18-cv-86(SJF)(AKT)

Dear Attorney Moser:

  As you are aware, our Firm represents Defendant Whole Foods Market Group, Inc. ("Defendant") in this matter. Enclosed please find a Notice of Defendant's *Limited* Motion to Deny Class Certification or, Alternatively, Strike Class Allegations for Failure to Satisfy Rule 23(a)(1) and a supporting Memorandum of Law. Pursuant to Judge Feuerstein's Individual Rules, the motion papers will be bundled and filed upon completion of all briefing, which is set to occur on September 24, 2020 per the briefing schedule entered by Judge Feuerstein following the July 15, 2020 status conference (DE-73). A copy of this letter is being electronically filed today.

  Please contact me directly with any questions in this regard.

              Respectfully submitted,

              Christopher M. Pardo

Enclosures

cc: Hon. Sandra J. Feuerstein, U.S.D.J. (via CM/ECF and U.S. First-Class Mail, w/o encls.)

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON   LOS ANGELES
MIAMI   NEW YORK   NORFOLK   RALEIGH/DURHAM   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC

121738.0000014 EMF_US 81493065v1  www.HuntonAK.com