UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERELL MEYNARD, individually and on behalf of all others similarly situated,

                Plaintiffs,

- against –

WHOLE FOODS MARKET GROUP,

                Defendants.

Case #: 18-CV-00086(SJF)(AKT)

**DECLARATION OF TAMIKA JOHNSON**

---

I, Tamika Johnson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief.

1. My name is Tamika Johnson. I currently reside in the State of New York, Manhattan County.

2. I was employed as a member of the meat department by Whole Foods Market Group at its NYC store—located at 10 Columbus Circle, STE SC 101, New York, New York 10019—in 2012.

3. During my employment with the Defendants, there were approximately twelve to fifteen team members in the meat department.

4. All twelve to fifteen meat department team members were manual laborers. Their responsibilities required that they work with their hands far in excess of 25% of the time. Responsibilities include preparing meats for customers, operating machinery to cut meats, assisting customers, keeping displays, counters, and stations clean.

5. No cashier is exempt from completing the previously mentioned responsibilities.

6. Of a regular eight-hour workday, my entire shift consisted of tasks and responsibilities that required me to work with my hands far in excess of 25% of the time. I work with my hands just as much as any other department. I believe that the produce and meat departments are the most profitable at Whole Foods, therefore I was constantly hard at work.

7. During my employment with Whole Foods Market Group, there were over 500 employees in total at the NYC location.

8. The only job titles at the NYC store who were not engaged in manual labor at least 25% of the time were the store manager, the assistant manager(s), the marketing team, and other office personnel.

9. Of the 500 employees at the NYC store, I would estimate that at least 470 of the employees, or 95%, are manual laborers. Departments like seafood, grocery, bakery, specialty, produce, among others, perform similar functions and responsibilities to those of the meat department. Their job is to unpack shipments, stock their department, rotate inventory, create and maintain displays, assist customers, and keep their department clean and organized. Cashiers also are engaged in physical activity virtually all day.

I declare that the foregoing is true and correct.

Dated: Huntington, New York
November , 2020

_Tamika Johnson_
Tamika Johnson