**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DERELL MEYNARD, individually and on behalf of all others similarly situated,<br><br>                                              Plaintiffs,<br><br>                    - *against* –<br><br>WHOLE FOODS MARKET GROUP,<br><br>                                              Defendants. | **Case #:** 18-CV-00086(SJF)(AKT)<br><br><u>DECLARATION OF</u><br><u>JOSE TROYA</u> |

I, Jose Troya, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge and belief.

1. My name is Jose Troya. I currently reside in the State of New York, Suffolk County.

2. To the best of my memory, I was employed as a Produce Supervisor by Whole Foods Market Group at its Manhasset store—located at 2101 Northern Boulevard, Manhasset, New York 11030—in 2012.

3. During my employment with the Defendants, the produce department consisted of approximately 20 employees.

4. All 20 employees were manual laborers. Their responsibilities required that they work with their hands far in excess of 25% of the time. Responsibilities include unpacking shipments of produce, stocking shelves, rotating inventory, creating and maintaining displays, and keeping the department clean and organized.

5. As a Produce Supervisor, I had the added responsibility of ensuring the cleanliness and organization of the produce department.

6. No member of the produce department is exempt from working on the sales floor and completing the previously mentioned responsibilities. This includes positions like Produce Buyer.

7. Produce Buyers—who are responsible for taking inventory and placing order for more produce—only do so for at most an hour and a half of an eight-hour shift. Once the Buyer places the order, they must return to the sales floor to continue to complete the responsibilities of a regular produce department team member.

8. As a former Produce Buyer after the relevant time period described in the complaint, it is "BS" and incoherent to state that the responsibilities and job description of Produce Buyers are different than those of a regular produce department team member. Taking inventory and making orders for more produce inventory took me approximately 2 hours to complete. As soon as I finished placing the order for the day, I returned to unpacking shipment and stocking shelves like everybody else.

9. During my employment with Whole Foods Market Group, there were at least 150 employees in total at the Manhasset location.

10. The only job titles at the Manhasset store who were not engaged in manual labor at least 25% of the time were the store manager, the assistant manager(s), the marketing team, and other office personnel.

11. Of the 150 employees at the Manhasset store, I would estimate that 130 of the employees, or 95%, are manual laborers. Departments like seafood, grocery, bakery, specialty, prepared foods, among others, perform similar functions and responsibilities to those of the produce department. Their job is to unpack shipments, stock their department, rotate

inventory, create and maintain displays, assist customers and keep their department clean

and organized.  Cashiers also are engaged in physical activity virtually all day.

I declare that the foregoing is true and correct.

Dated: Huntington, New York
       November , 2020


_____
Jose Troya