# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

FILED
CLERK
11:21 am, Jan 19, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

DATE: January 19, 2021         TIME: 30 min

CASE NUMBER:   2:18-cv-00086-SJF-AKT

CASE TITLE:    Scott et al v. Whole Foods Market Group, Inc.

PLTFFS ATTY:   Steven Moser
               X  present          ___ not present

DEFTS ATTY:    Christopher Pardo
               X  present          ___ not present

COURT REPORTER: N/A                COURTROOM DEPUTY: BMM
OTHER: 

 X   CASE CALLED.

___  ARGUMENT HEARD / CONT'D TO_____.

___  DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**  TELEPHONE STATUS CONFERENCE SET FOR  2/4/2021 at 12:00 PM before Judge Feuerstein.  At that time, the parties are to call Chambers' teleconferencing number, (877)336-1280, and follow the automated instructions; the access code is: 7215690.