**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DERELL J. MEYNARD,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WHOLE FOODS MARKET GROUP, INC.<br><br>　　　　Defendant. | Case No. 2:18-cv-00086-SJF-AKT<br><br>**FILED**<br>**CLERK**<br><br>4:20 pm, Feb 08, 2021<br><br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiff, Derrell J. Meynard ("Plaintiff") and Defendant, Whole Foods Market Group, Inc. ("Whole Foods") (collectively, the "Parties") hereby stipulate that any and all of the claims, counterclaims and defenses remaining in this litigation shall be dismissed with prejudice, with each such party bearing its own costs and attorney's fees, and waiving all rights of appeal and rights under Federal Rules of Civil Procedure 59 and 60 as to any claims brought in this litigation.

\*\*\*

Dated: February 5, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *Christopher M. Pardo* | /s/ *Steven John Moser* |
| Christopher M. Pardo, Esq. | Steven John Moser, Esq. |
| HUNTON ANDREWS KURTH LLP | MOSER LAW FIRM, P.C. |
| 200 Park Avenue, 52nd Floor | 5 E. Main Street |
| New York, New York 10166 | Huntington, N.Y. 11743 |
| Tel: (212) 309-1000 | Tel: (516) 671-1150 |
| Fax: (212) 309-1100 | *smoser@moseremploymentlawcom* |
| *cpardo@HuntonAK.com* | |
| | |
| *Attorney for Defendant Whole Foods Market Group, Inc.* | *Attorney for Plaintiff Derrell J. Meynard* |

## CERTIFICATE OF SERVICE

I, Christopher M. Pardo, counsel for Defendant Whole Foods Market Group, Inc., hereby certify that on February 5, 2021, the foregoing document was served upon all counsel of record via CM/ECF.

/s/ *Christopher M. Pardo*
Christopher M. Pardo

**So Ordered: The Court of the Clerk is directed to close this case.**
*/s/ Sandra J. Feuerstein*
**Sandra J. Feuerstein, U.S.D.J.**
**Date: 2/8/2021**

2